FILED
LODGED    ENTERED
RECEIVED

**United States District Court-
for the
Western District of Washington**

MAY 21 2004

CLERK OF SEATTLE
WESTERN DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 04-294M |
| Plaintiff | ) | |
| | ) | |
| ELROY LAMONT | ) | |
| | ) | ORDER APPOINTING |
| | ) | FEDERAL PUBLIC |
| Defendant | ) | DEFENDER |
| | ) | |

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 21 day of May 2004

_____
United States Magistrate Judge

**ORDER APPOINTING F.P.D.**

04-MJ-00294-ORD