```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

JUN 09 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR04 0275L |
| v. | ORDER CONTINUING CONDITIONS OF RELEASE |
| ELROY JOHN LAMONT, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this <u>9TH</u> day of <u>JUNE</u>, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

03-CR-00275-ORD

Order Continuing Conditions
of Release - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970