# DECLARATION OF TIMOTHY R. LOHRAFF

STATE OF WASHINGTON    )
                       : ss
COUNTY OF KING         )

I, Timothy R. Lohraff, being first duly sworn and upon my oath, depose and say:

1. I am an attorney licensed to practice law in the State of Washington and admitted to the Bar of this Court. The Office of the Federal Public Defender was appointed to represent Mr. Lamont and I am the attorney assigned to handle the case.

2. Mr. Lamont is an 18 year old young man who has been diagnosed with Asperger's Syndrome, a variant of autism.

3. Mr. Lamont was taken out of the public schools in 1998 while in the sixth grade due his condition of Asperger's. While his mother purportedly "home schooled" Elroy, she was always working full time herself and was emotionally and psychologically incapable of successfully dealing with the severe challenges presented by home schooling a child suffering from Asperger's Syndrome. Elroy, therefore, has had little educational experience in his entire life

4. He currently lives with his mother and step-father in Darrington, Washington, a remote and rural area which has no educational opportunities for Elroy.

5. After a long and arduous process, Jennifer Davis, who is employed as a paralegal by the Federal Public Defender's Office, recently arranged for Elroy to be enrolled in Edmonds Career Access Program, a program for young adults to earn a certificate or degree in a professional or technical program while simultaneously completing their high school diploma. This is not a G.E.D. class. Mr. Lamont will be studying for a high school degree. (Literature from the program attached as Exhibit 1).

6. Mr. Lamont is going to be attending a four day orientation program starting Monday, February 28. He will then undergo testing to determine whether he will be

DECLARATION OF TIM LOHRAFF - 1
(Elroy Lamont CR04-00275-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100

placed in the Career Access Program (which leads to a high school degree and a separate certification in a skill or trade) or will initially be placed in the adult basic education program (ABE) leading to a high school degree, and wait-listed for placement in the EdCAP program.

7. A three count indictment charges him with making a false threat using explosive materials via interstate commerce, in violation of 18 U.S.C. § 844(e), on three separate days in May, 2004.

8. Because of the indictment, Magistrate Judge Monica Benton, without objection from Mr. Lamont, placed reasonable restrictions on his right to use and/or access computers. (Appearance bond attached as Exhibit 2).

9. Undersigned counsel has spoken with Pretrial Services Officer Lonnie Kaman and Assistant United States Attorney Vince Lombardi on February 23, 2005 concerning this motion. Ms. Kaman was enthusiastic about the proposal, stating that it is exactly what Mr. Lamont needs, and approves Mr. Lamont's request to be allowed to use computers for academic purposes while attending classes at Edmonds Community College. Mr. Lombardi has also agreed with the proposed modification to Elroy's appearance bond allowing him to use and access computers on the Edmonds Community College campus for academic purposes only while he is attending class and completing homework and coursework. He will be using computers on campus either in class or while at the Services For Students With Disabilities Center, which computers are monitored by the college.

For all of the above reasons, Mr. Lamont respectfully requests that this Court modify the terms of his appearance bond to allow him to access and use the computers on the campus of Edmonds Community College solely for academic purposes related to his class work while he is on the campus so that he may participate in the first meaningful educational opportunity of his young adult life.

DECLARATION OF TIM LOHRAFF - 2
(Elroy Lamont CR04-00275-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100

1  DATED this 24th day of February, 2005.
2
3                                     _____
                                       Timothy R. Lohraff
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF TIM LOHRAFF - 3
(Elroy Lamont CR04-00275-RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2005 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will also send electronic notification of such filing to the following:

Vince Lombardi
Assistant United States Attorney
Vince_Lombardi@usdoj.gov

        s/Timothy R. Lohraff, WSBA # 32145
        Assistant Federal Public Defender
        Counsel for Defendant Elroy Lamont
        Federal Public Defender's Office
        1601 Fifth Avenue, Suite 700
        Seattle, WA   98101
        (206) 553-1100
        Fax: (206) 553-0120
        timothy_lohraff@fd.ord

DECLARATION OF TIM LOHRAFF - 4
(Elroy Lamont CR04-00275-RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100